# EXHIBIT 1

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

INTERNAL REVENUE SERVICE, FRESNO OFC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

RICK FABELA DE LA CRUZ

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* SOUTH COUNTY JUSTICE CENTER | CASE NUMBER: *(Número del Caso):* **314407** |
|---|---|

300 EAST OLIVE AVE  PORTERVILLE CA 93257

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RICK FABELA DE LA CRUZ 1630 WEST GRAND AVE PORTERVILLE CA 93257 (559) 719-0271

| DATE: *(Fecha)* OCT 2 4 2024 | Jasmin Kaku | Clerk, by *(Secretaria)* _____ | , Deputy *(Adjunto)* |
|---|---|---|---|

Stephanie Cameron

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF TULARE

**NOTICE TO THE PERSON SERVED:** You are served

1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Print this form    Save this form    Clear this form

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Rick Fabela De La Cruz
1630 West Grand Ave
Porterville CA 93257

TELEPHONE NO.: 559-719-0271          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare | **FOR COURT USE ONLY** |
| STREET ADDRESS: 300 E. Olive Ave. | **FILED**<br>TULARE COUNTY SUPERIOR COURT<br>SOUTH COUNTY JUSTICE CENTER |
| MAILING ADDRESS: South County Justice Center | **NOV 14 2024** |
| CITY AND ZIP CODE: Porterville CA 93257 | STEPHANIE CAMERON, CLERK |
| BRANCH NAME: Porterville/South County Justice Center | BY: _Andrea Rodriguez_ |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Rick Fabela De La Cruz | CASE NUMBER:<br>314407 |
| DEFENDANT/RESPONDENT: Internal Revenue Service, Fresno OFC | |

| | | |
|---|---|---|
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.:<br>24003840 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. ☒ other (specify documents): SUMMONS & COMPLAINT, CIVIL CASE COVER SHEET, EXHIBITS

3. a. Party served: **Internal Revenue Service**

   b. ☐ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a):

4. Address where the party was served:   5300 West Tulare Ave  Visalia CA 93277

5. I served the party

   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on 11/08/2024   (2) at 10:25 am

   b. ☐ **by substituted service**. On:                    at:                    I left the documents listed in item 2 with or in the presence of:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.

   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on (date):                    (2) from (city):

      (3) ☐ with two copies of the Notice and Acknowledgement of Receipt and a postage-paid return envelope addressed to me.  (Attach completed Notice and Acknowledgement of Receipt) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means**. Method                    On:                    at:

6. The "Notice to Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of:
   c. ☐ as occupant
   d. ☐ On behalf of:
      under the following Code of Civil Procedure section:
      
      ☐ 416.10 (corporation)
      ☐ 416.20 (defunct corporation)
      ☐ 416.30 (joint stock company/association)
      ☐ 416.40 (association or partnership)
      ☐ 416.50 (public entity)
      ☐ 415.95 (business organization, form unknown)
      ☐ 416.60 (minor)
      ☐ 416.70 (ward or conservatee)
      ☐ 416.90 (authorized person)
      ☐ 415.46 (occupant)
      ☐ Other:

7. **Person who served papers**
   a. Name:                        Steven Montano
   b. Address:                     221 South Mooney Blvd Room 102 Visalia, CA 93291
   c. Telephone number:           (559) 636-5090
   d. The fee for service was: $   50.00 (waived)
   e. I am:
      (1) ☒  not a registered California process server.
      (2) ☒  exempt from registration under Business and Professional Code section 22350(b).
      (3) ☐  a registered California process server:
         (i)   ☐ owner    ☐ employee   ☐ independent contractor.
         (ii)  Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Friday, November 8, 2024

Mike Boudreaux, Sheriff-Coroner
County of Tulare

By: _____
       Sheriff's Authorized Agent

Remarks: SERVED TO FRONT DESK STAFF

Tulare County Superior Court
300 E. Olive Ave.
South County Justice Center
Porterville CA 93257

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| RICK FABELA DE LA CRUZ<br>1630 WEST GRAND AVE PORTERVILLE CA 93257<br><br>TELEPHONE NO.: (559) 719-0271      FAX NO.:<br>EMAIL ADDRESS:<br>ATTORNEY FOR *(Name):* IN PRO PER | **FILED**<br>TULARE COUNTY SUPERIOR COURT<br>SOUTH COUNTY JUSTICE CENTER<br><br>**OCT 2 4 2024**<br><br>STEPHANIE CAMERON, CLERK<br>BY: *Jasmin Kake* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS: 300 EAST OLIVE AVE
MAILING ADDRESS: 300 EAST OLIVE AVE
CITY AND ZIP CODE: PORTERVILLE 93257
BRANCH NAME: CIVIL

CASE NAME:
RICK FABELA DE LA CRUZ vs INTERNAL REVENUE SERVICE,FRESNO OFC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] **Unlimited**   [ ] **Limited**<br>(Amount      (Amount<br>demanded    demanded is<br>exceeds $35,000)   $35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **314407**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1.** Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) |     condemnation (14) |     above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) |     types (41) |
| [X] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (36) | [ ] Other judicial review (39) | |

**2.** This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
**4.** Number of causes of action *(specify):*
**5.** This case [ ] is [X] is not a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 10/24/2024

RICK FABELA DE LA CRUZ
(TYPE OR PRINT NAME)                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California           **CIVIL CASE COVER SHEET**         Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one box** for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**For your protection and privacy, please press the Clear**

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: Rick Fabela De La Cruz
FIRM NAME:
STREET ADDRESS: 1630 West Grand Ave
CITY: Porterville   STATE: CA   ZIP CODE: 93257
TELEPHONE NO.: (559) 719-0271   FAX NO.:
EMAIL ADDRESS:
ATTORNEY FOR (name): IN PRO PER

FILED
TULARE COUNTY SUPERIOR COURT
SOUTH COUNTY JUSTICE CENTER

OCT 2 4 2024

STEPHANIE CAMERON, CLERK
BY: _Jasmin Kaki_

GLADE F. ROPER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS: 300 EAST OLIVE AVE
MAILING ADDRESS: 300 EAST OLIVE AVE
CITY AND ZIP CODE: PORTERVILLE 93257
BRANCH NAME: CIVIL

PLAINTIFF: RICK FABELA DE LA CRUZ
DEFENDANT: INTERNAL REVENUE SERVICE-FRESNO OFC
[x] DOES 1 TO 10

Assigned to Judicial Officer _____
For All Purposes

**CONTRACT**

[x] COMPLAINT   [ ] AMENDED COMPLAINT (Number):

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number):

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000) | |
| Amount demanded [ ] does not exceed $10,000 | **3 1 4 4 0 7** |
| [ ] exceeds $10,000 | |
| [x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000) | |
| [ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint | |
| [ ] from limited to unlimited | |
| [ ] from unlimited to limited | |

1. Plaintiff* (name or names):
   RICK FABELA DE LA CRUZ
   alleges causes of action against defendant* (name or names):
   INTERNAL REVENUE SERVICE-FRESNO OFFICE

CASE MANAGEMENT CONFERENCE
Hearing Date: 2/25/2025
Time: 8:30
Department: 23

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
   [x] except plaintiff (name):
   (1) [ ] a corporation qualified to do business in California.
   (2) [ ] an unincorporated entity (describe):
   (3) [x] other (specify): GOVERNMENT TAX OFFICE
   b. [ ] Plaintiff (name):
   (1) [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
   (2) [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [x] except defendant (name):
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity (describe):
   (4) [ ] a public entity (describe):
   (5) [x] other (specify): GOVERNMENT TAX OFC

   [ ] except defendant (name):
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity (describe):
   (4) [ ] a public entity (describe):
   (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2024]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

| SHORT TITLE:<br>DE LA CRUZ , FABELA RICK  vs INTERNAL REVENUS SERVICE-FRESNO OFC | CASE NUMBER: |
|---|---|

4.  b.  The true names of defendants sued as Does are unknown to plaintiff.

    (1) ☐ Doe defendants *(specify Doe numbers):*     were the agents or employees of the named<br>            defendants and acted within the scope of that agency or employment.

    (2) ☐ Doe defendants *(specify Doe numbers):*     are persons whose capacities are unknown to<br>            plaintiff.

  c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

  d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, **and**
  a. ☒ has complied with applicable claims statutes, *or*
  b. ☐ is excused from complying because *(specify):*

6. ☒ This action is subject to  ☐ Civil Code section 1812.10  ☒ Civil Code section 2984.4.

7. This court is the proper court because
  a. ☐ a defendant entered into the contract here.
  b. ☐ a defendant lived here when the contract was entered into.
  c. ☐ a defendant lives here now.
  d. ☐ the contract was to be performed here.
  e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.
  f. ☐ real property that is the subject of this action is located here.
  g. ☒ other *(specify):*
     TAXES FILED IN THIS STATE  & COUNTY

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  ☐ Breach of Contract
  ☐ Common Counts
  ☒ Other *(specify):*
    BUSINESS TORT UNFAIR BUSINESS PRACTICE

9. ☒ Other allegations:
    WRONGFULLY CHARGED DUE TO IDENTITY THEFT AND MONIES PAID NOT REFUNDED

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. ☒ damages of: $50,000-TOTAL$71037
  b. ☒ interest on the damages
    (1) ☐ according to proof
    (2) ☒ at the rate of *(specify):* 2.83    percent per year from *(date):* 04/15/2018
  c. ☐ attorney's fees
    (1) ☐ of: $
    (2) ☐ according to proof.
  d. ☒ other *(specify):*
    $ 8215.98 PAID TO IRS , COSTS INCURRED TO DATE $ 1784 PLUS INTEREST 04/15/2017-11/15/2024 $11037

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/09/2024

RICK FABELA DE LA CRUZ
_____
    *(TYPE OR PRINT NAME)*

                              _____
                              *(SIGNATURE OF PLAINTIFF OR ATTORNEY)*

*(If you wish to verify this pleading, affix a verification.)*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

☐ Print this form    ☐ Save this form      ☐ Clear this form

1  RICK DE LA CRUZ

2  1630 WEST GRAND AVE

3  Porterville CA 93257

4 (559) 719-0271

5  IN PRO PER

6                    IN THE SUPERIOR COURT OF CALIFORNIA,

7                    IN AND FOR THE COUNTY OF TULARE

| | | |
|---|---|---|
| 8  RICK DE LA CRUZ | ) | Case Number # _____ |
| 9 | ) | |
| 10           vs. | ) | Declaration of Petitioner |
| 11 | ) | |
| 12  INTERNAL REVENUE SERVICE, | ) | Hearing Date: _____ |
| 13  FRESNO OFFICE | ) | Dept:_____ |
| 14  _____ | ) | Time: _____ |

15 Petitioner  Rick De La Cruz declares as follows;

16 Your Honor this is a case of Identity theft in which has been established

17 by the Internal Revenue Service Office and cleared. I have made several attempts

18  and complied with the Revenue office and even paid the amount charged for 2017.

19 12/31/2017 filed 03/23/2020 original payments paid in full 05/26/2020 $2000.00

20 11/24/2020 $2617.87 account paid in full. On 03/21/2021 I received IRS letter CP501

21 indicating additional balance due that there was additional income that year in the

22 amount of $43,000 Dollars. I personally submitted all proof of income and filed IRS

23 identity theft form/s. The case was opened for investigation but was not resolved until

24 last year with indication closed . I paid over $ 8215.98 Dollars while my tax account

25  was being reviewed. I also sought out  what I  believed to be Professional Tax Specialist

26 paid thousands of dollars to them and having to take them to court for not rendering services.

27 I then was referred to a local Tax Office and hired them to deal wit h this.

28

PAGE 1 . RICK DE LA CRUZ  vs  INTERNAL REVENUE SERVICE  -DECLARATION OF PETITIONER

1    CONTINUED DECLARATION

2 The office prepared all the necessary documents and corresponded with IRS .

3 This cost additional monies, time, and distress all this while undergoing serious medical

4 conditions and surgeries.

5   Your honor, I have not been refunded the monies paid to date by the IRS nor my

6 expenses incurred to resolve this matter after filing Appeals to Fresno CA and Washington DC.

7 I am to believe this is in fact Unfair Business Practice and Professional Negligence.

8 Therefore I am requesting to be compensated for all endured as I havered suffered dearly.

9 Your Honor please take all into consideration when making your decision of my case.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Truthfully & Respectively Submitted,

25

26    RICK DE LA CRUZ-PETITIONER

27

28

# EXHIBIT A

Title: _IRS Notice re-2017_

Pages: _1_



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

065320.102934.380820.4030 1 AB 0.428 858

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE CA 93257-1316

120

| For your reference | | |
|---|---|---|
| Notice name | CP501 | Notice date    03-22-2021 |
| Tax year | 2017 | Your caller ID   337153 |
| Taxpayer ID number | | XXX-XX-1743 |

New quick, easy, and secure online payments
Visit irs.gov/directpay to avoid additional interest and penalties or time lost on the phone

To: RICK DE LA CRUZ

We recently contacted you about your past due 2017 taxes. You must pay your balance immediately.

## Amount Past Due: $8,215.98

You must pay by April 1, 2021 to stop further penalties and interest.

## What You Need To Do Now



**Pay online now from your bank**
➤ Quick, free and easy way to pay
➤ Secure payment directly from your bank account without fees
➤ Convenient method; just use a computer or mobile device



Scan me
irs.gov/payments

### What You Need

**To Verify Your Identity:**
☐ Filing Status
☐ Address

**To Pay:**
☐ Bank Account Number
☐ Bank Routing Number

Don't know this information?
You can find your recent tax returns on irs.gov/individuals/get-transcript. Your bank account and routing numbers are on your check.

### How to Pay From Your Bank

1. Go to irs.gov/directpay
2. Select "Make a Payment"
3. Enter the following options:
   ✓ **Reason for Payment:** Tax Return or Notice
   ✓ **Apply Payment To:** 1040
   ✓ **Tax Period for Payment:** December 31, 2017
4. Follow the instructions to verify your identity and submit secure bank information
5. Submit your secure payment

Continued on back...

# EXHIBIT  B

## Title: _IRS Transcripts_

## Pages: _6_



# Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

006739.241096.431114.17305 1 MB 0.485 532

Tracking ID: 102246510408
Date of Issue: 06-21-2022

R F DE LA C
1630 W GRAND AVE
PORTERVILLE, CA 93257

006739

Tax Period: December, 2017

Information about the Request We Received

We've enclosed the transcript that you requested on June 21, 2022, for the tax period listed above.

A wage and income transcript contains data from information returns we received, such as Form W-2.

If you have any questions, you can call 800-829-1040.

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-21-2022
Response Date: 06-21-2022
Tracking Number: 102246510408

## Wage and Income Transcript

SSN Provided: ███-██-1743
Tax Period Requested: December, 2017

006739



### Form W-2 Wage and Tax Statement

Employer:
Employer Identification Number (EIN):946001347
CA STATE CONTROLLER OFFICE
PO BOX 942850
SACRAMENTO, CA 94250-0001

Employee:
Employee's Social Security Number: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
R F DE LA C
1630 W GRAND AVE
PORTERVILLE, CA 93257-0000

```
Submission Type:..............................................Original document
Wages, Tips and Other Compensation:...............................$40,851.00
Federal Income Tax Withheld:..............................................$0.00
Social Security Wages:...............................................$43,072.00
Social Security Tax Withheld:.........................................$2,670.00
Medicare Wages and Tips:............................................$43,072.00
Medicare Tax Withheld:..................................................$624.00
Social Security Tips:.....................................................$0.00
Allocated Tips:...........................................................$0.00
Dependent Care Benefits:..................................................$0.00
Deferred Compensation:....................................................$0.00
Code "Q" Nontaxable Combat Pay:...........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "R" Employer's Contribution to MSA:..................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:......$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.................$8,314.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.....................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:................................................$0.00
Third Party Sick Pay Indicator:.....................................Unanswered
Retirement Plan Indicator:...........................Yes - retirement plan
Statutory Employee:..............................Not Statutory Employee
W2 Submission Type:....................................................Original
W2 WHC SSN Validation Code:...........Validated by Previously Reinstated Item
```

### Form 1099-MISC

Payer:

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-21-2022
Response Date: 06-21-2022
Tracking Number: 102246510408

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:          ███-██-1743

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE, CA 93257-1316-300

006740

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          2,418.41
ACCRUED INTEREST:          253.50          AS OF: Jul. 04, 2022
ACCRUED PENALTY:           212.57          AS OF: Jul. 04, 2022

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):         2,884.48

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               02
FILING STATUS:            Head of Household
ADJUSTED GROSS
  INCOME:                 85,127.00
TAXABLE INCOME:           57,277.00
TAX PER RETURN:           2,985.00
SE TAXABLE INCOME
  TAXPAYER:               3,402.00
SE TAXABLE INCOME
  SPOUSE:                 0.00
TOTAL SELF
  EMPLOYMENT TAX:         520.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Feb. 25, 2020
PROCESSING DATE                                               Mar. 23, 2020

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 80211-456-38513-0 | 20201005 | 03-23-2020 | $2,985.00 |
| 140 | Inquiry for non-filing of tax return | | 06-06-2019 | $0.00 |
| 971 | Notice issued | | 06-24-2019 | $0.00 |
| 494 | Final notice before tax is determined by IRS | | 02-04-2020 | $0.00 |
| 170 | Penalty for not pre-paying tax 04-22-2030 | 20201005 | 03-23-2020 | $71.00 |
| 166 | Penalty for filing tax return after the due date 04-22-2030 | 20201005 | 03-23-2020 | $671.62 |
| 276 | Penalty for late payment of tax | 20201005 | 03-23-2020 | $358.20 |

# Internal Revenue Service
## United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 102441606299
Date of Issue: 06-10-2022

006435.252999.470797.18419 1 MB 0.515 532



RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE, CA 93257

006435

Tax Period: December, 2017

### Information about the Request We Received

We've enclosed the transcript that you requested on August 10, 2022, for the tax period listed above.

To protect the taxpayer's privacy, transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, is shown on the transcript.

A wage and income transcript contains data from information returns we received, such as Form W-2.

If you have any questions, you can call 800-829-1040.

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-10-2022
Response Date: 08-10-2022
Tracking Number: 102441606299

Wage and Income Transcript

SSN Provided:  XXX-XX-1743
Tax Period Requested:  December, 2017



005435

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):XXXXX1347
  CA S
  PO BOX

Employee:
  Employee's Social Security Number:XXX-XX-1743
  R F D L C
  1630 W

Submission Type:.............................................Original document
Wages, Tips and Other Compensation:..................................$40,851.00
Federal Income Tax Withheld:.........................................$43,072.00
Social Security Wages:................................................$2,670.00
Social Security Tax Withheld:........................................$43,072.00
Medicare Wages and Tips:................................................$624.00
Medicare Tax Withheld:....................................................$0.00
Social Security Tips:.....................................................$0.00
Allocated Tips:...........................................................$0.00
Dependent Care Benefits:..................................................$0.00
Deferred Compensation:....................................................$0.00
Code "Q" Nontaxable Combat Pay:...........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "R" Employer's Contribution to MSA:..................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:......$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:...$8,314.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.....................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:................................................$0.00
Third Party Sick Pay Indicator:.....................................Unanswered
Retirement Plan Indicator:...........................Yes - retirement plan
Statutory Employee:..............................Not Statutory Employee
W2 Submission Type:.......................................Original
W2 WHC SSN Validation Code:...........Validated by Previously Reinstated Item

Form 1099-MISC

Payer:
  Payer's Federal Identification Number (FIN):XXXXX9621
  MID-

Tracking Number: 102441606299

P O BO

Recipient:
 Recipient's Identification Number:XXX-XX-1743
 RIC D L CRU
 1630 W
Submission Type:.............................................Amended document
Account Number (Optional):.........................................XXXXXXLLEY
Tax Withheld:..........................................................$3,180.00
Non-Employee Compensation:.................................................$0.00
Medical Payments:..........................................................$0.00
Fishing Income:............................................................$0.00
Rents:.....................................................................$0.00
Royalties:.................................................................$0.00
Other Income:..............................................................$0.00
Substitute Payments for Dividends:.........................................$0.00
Excess Golden Parachute:...................................................$0.00
Crop Insurance:............................................................$0.00
Attorney Fees:.............................................................$0.00
Foreign Tax Paid:..........................................................$0.00
Section 409A Deferrals:....................................................$0.00
Section 409A Income:.......................................................$0.00
Direct Sales Indicator:.........................................Not Direct Sales
FATCA Filing Requirement:................Box not checked no Filing Requirement
Second Notice Indicator:.........................................No Second Notice


This Product Contains Sensitive Taxpayer Data

# EXHIBIT C



Title: _CPO/C Confirmation_

Pages: _1_



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0025

**IRS**

| Notice | CP01C |
|---|---|
| Notice date | May 2, 2022 |
| To contact us | 800-908-4490 |
| Your Caller ID | 586113 |
| Page 1 of 2 | 29H |

98/48121 -174258



RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE, CA 93257-1316

174258

# We verified your identity theft documents

We have placed an identity theft indicator on your account.

If we become aware of fraudulent activity related to your tax account, we will contact you to advise of any actions that may be required on your part.

Identity theft is a serious issue and we're committed to helping taxpayers who are affected by it.

## What you need to do
- Continue to file all federal tax returns.
- If you have a balance owed, continue sending your payments.

## You may also want an IP PIN

- To increase protection of your account from tax-related identity theft, you can request an Identity Protection Personal Identification Number (IP PIN) by creating an online account at www.irs.gov/getanippin.
- An IP PIN is a six-digit number used on a federal income tax return that helps us verify your identity and prevents the misuse of your Social Security number (SSN) on fraudulent returns. A missing or incorrect IP PIN prevents the electronic filing of a tax return, and a paper return filed with a missing or incorrect IP PIN will be subject to additional review.
- Requesting an IP PIN is voluntary. If you get an IP PIN, you must use it to confirm your identity on any tax returns filed during the calendar year. A new IP PIN will be generated each year and can be retrieved starting in mid-January by logging into the account you created. If you choose to participate in the IP PIN program, you must use an IP PIN on all future tax returns. You can find more information on www.irs.gov/ippinfaqs.

Continued on back...

# EXHIBIT D

Title: _W2  2017_

Pages: _1_

This information is being furnished to the Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 40,851.61 | |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 43,072.73 | 2,670.51 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 43,072.73 | 624.53 |

c Employer's name, address and ZIP code

STATE OF CALIFORNIA
BETTY T. YEE, CALIFORNIA STATE CONTROLLER
P.O. BOX 942850
SACRAMENTO, CA 94250-5878

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | DD 8,314.68 |
| 12b | 12c | 12d |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 94-6001347 | ███-██-1743 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|
| | X | | CASDI  387.62 |
| | | | BENEFITS INCLUDED IN BOX 1 |
| | | | 200.00 |

e Employee's name, address and ZIP code

R F DELACRUZ
1630 W GRAND AVE
PORTERVILLE CA
93257

| 2017 | 15 State | Employer's state ID No. | 16 State wages, tips, etc. |
|---|---|---|---|
| | CA | 80040397 | 40,851.61 |
| W-2 Wage and Tax Statement | 17 State income tax | | 18 Local wages, tips, etc. |
| Copy B – To Be Filed | | | |
| With Employee's | 19 Local income tax | | 20 Locality name |
| FEDERAL Tax Return | | | |

Department of the Treasury—Internal Revenue Service

# EXHIBIT E

Title: _1099    2017_

Pages: _1_

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Mid-Valley Property Management<br><br>P.O. Box 1298<br><br>Tulare, CA 93275<br><br>(559) 684-9094 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | **2017**<br><br>Form **1099-MISC** | **Miscellaneous Income** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld | Copy B |
|---|---|---|---|
| 77-0419621 | XXX-XX-1743 | $ | For Recipient |

| | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|

RECIPIENT'S name

Rick De La Cruz

Street address (including apt. no.)

1630 W. Grand Avenue

City or town, state or province, country, and ZIP or foreign postal code

Porterville, CA, 93257

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|
| $ 3180.00 | $ |

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|
| 11 | 12 |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|
| | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**   (keep for your records)   www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

# EXHIBIT F

Title: Social Security Report 2017

Pages: 1

# Social Security Administration
# Retirement, Survivors and Disability Insurance

SOCIAL SECURITY
890 W MORTON AVENUE
PORTERVILLE, CA 93257-3132
Date: August 24, 2021
BNC#: 21D1148D62172
CPM

RICKY FABELA DE LA CRUZ
1630 W.GRAND AVE.
PORTERVILLE, CA 93257-1316

Dear RICKY FABELA DE LA CRUZ

Thank you for calling us concerning your earnings record.

For the year 2017 the total amount of earnings we have on your record is $46,474.73.

These wages were earned with the following employer:

STATE CONTROLLER, STATE OF CA
PO BOX 942850
SACRAMENTO CA
94250-0001

These are the only earnings on your record for 2017.

*Social Security Administration*

# EXHIBIT G

Title: _Social Security Annual Report_

Pages: _2_

```
PEBES                        PEBES ONLINE RESPONSE                      PBRS
DATE: 08/24/21  SSN: ███-██-1743   OFFICE: 944                UNIT:  CPM


       DATA ENTERED/USED FOR COMP                NUMIDENT DATA
NH: RICKY      F DE LA CRUZ           NAME: RICKY      F DE LA CRUZ
DOB: 04/11/1960                       DOB:   04/11/1960    SEX: M
LAST YEAR:    2020   THIS YEAR:   2021  NL2:
EARNINGS:       0   EARNINGS:       0
MAXIMUM:   137700   MAXIMUM:   142800
FUT EARN:       0   AGE STOP WORK:

REQ QC RET:   40   HAS QC RET:      40   REQ QC 20/40:  20   HAS QC 20/40: 37
REQ QC MEDI:  40   HAS QC MEDI:     40   REQ QC AGE24:  00   HAS QC AGE24: 00
REQ QC SURV:  39   HAS QC SURV:     40   REQ QC AGE31:  00   HAS QC AGE31: 00
RET INS:      Y    SUR INS:         Y    REQ QC FULLY:  39   HAS QC FULLY: 40
MED INS:      Y    SUR CHILD:     1428   DIB INS:       Y    CURRENT ENT : N
RET RED:    1331    SUR SP CHILD:  1428   DIB BENEFIT: 1904   ERNGS TYPES : CMX
RET FULL:   1890    SUR SP RET:    1904   TOTAL EST TAXES PAID:
RET DEL:    2344    SUR FAMILY:    3535   NH SOC SEC:   62477 MEDI:    15183
CURRENT AGE: 6104   FULL RET AGE: 6700   ER SOC SEC:   63626 MEDI:    15183
           FULL RET MONTH AND YEAR: 04 2027
                 SOCIAL SECURITY              MEDICARE
YEAR     MAX-EARN   ACT-EARN   TAX     MAX-MED    ACT-MED     TAX
1978      17700      3574      180      17700      3574        35
1979      22900      9123      463      22900      9123        95
1980      25900      6284      319      25900      6284        65
1981      29700     13803      738      29700     13803       179
1982      32400     14484      782      32400     14484       188
1983      35700     13182      711      35700     13182       171
1984      37800     13872      749      37800     13872       180
1985      39600     16786      956      39600     16786       226
1986      42000     17658     1006      42000     17658       256
1987      43800     20668     1178      43800     20668       299
1988      45000     19896     1205      45000     19896       288
1989      48000     19479     1180      48000     19479       282
1990      51300     20408     1265      51300     20408       295
1991      53400     24004     1488     125000     24004       348
1992      55500     23295     1444     130200     23295       337
1993      57600     21861     1355     135000     21861       316
1994      60600     21453     1330    NO LIMIT    21453       311
1995      61200     21900     1357    NO LIMIT    21900       317
1996      62700      3317      205    NO LIMIT     5071        73
1997      65400         0        0    NO LIMIT        0         0
1998      68400      2928      181    NO LIMIT     4364        63
1999      72600     17503     1085    NO LIMIT    17503       253
2000      76200      1626      100    NO LIMIT    12367       179
2001      80400     14111      874    NO LIMIT    19135       277
2002      84900      9794      607    NO LIMIT     9794       142
2003      87000     25408     1575    NO LIMIT    25408       368
2004      87900     23012     1426    NO LIMIT    23012       333
2005      90000     24668     1529    NO LIMIT    24668       357
2006      94200     46030     2853    NO LIMIT    46030       667
2007      97500     50650     3140    NO LIMIT    50650       734
2008     102000     57260     3550    NO LIMIT    57260       830
2009     106800     60936     3778    NO LIMIT    60936       883
2010     106800     44368     2750    NO LIMIT    44368       643
2011     106800     27441     1152    NO LIMIT    27441       397
2012     110100     27948     1173    NO LIMIT    27948       405
```

```
PEBES                          PEBES ONLINE RESPONSE                    PBRS
   DATE: 08/24/21   SSN: ███-██-1743   OFFICE: 944            UNIT:  CPM
   NH: RICKY        F DE LA CRUZ                 DOB: 04/11/1960
              SOCIAL SECURITY                      MEDICARE
   YEAR     MAX-EARN   ACT-EARN    TAX      MAX-MED    ACT-MED    TAX
   2014     117000      34297      2126     NO LIMIT    34297      497
   2015     118500      41877      2596     NO LIMIT    41877      607
   2016     118500      41140      2550     NO LIMIT    41140      596
   2017     127200      46474      2881     NO LIMIT    46474      673
   2018     128400      36119      2239     NO LIMIT    36119      523
   2019     132900      37844      2346     NO LIMIT    37844      548
   2020     137700      37437      2321     NO LIMIT    37437      542
   2021     142800          0         0     NO LIMIT        0        0  PG: 002
```

# EXHIBIT H

Title: _IRS 14039 Form Identity Theft Affidavit_

Pages: _1_

_10/19/2021_

| Form **14039** (September 2021) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|

This affidavit is for victims of identity theft. Do not use this form if you have already filed a Form 14039.

The IRS process for assisting victims selecting **Section B, Box 1** below is explained at irs.gov/victimassistance.

Get an IP PIN: We encourage everyone to opt-in to the Identity Protection Personal Identification Number (IP PIN) program. If you don't have an IP PIN you can get one by going to irs.gov/ippin. If unable to do so online, you may schedule an appointment at your closest Taxpayer Assistance Center by calling (844-545-5640). Or, if eligible you may use IRS Form 15227 to apply for an IP PIN by mail or FAX.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** *(required for all filers)*

[x]  1.  I am submitting this Form 14039 for myself

[ ]  2.  This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
- Provide 'Notice' or 'Letter' number(s) on the line to the right
- Check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

[ ]  3.  I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
- Complete **Section E** on reverse side of this form.

[ ]  4.  I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
- Complete **Section E** on reverse side of this form.

**Section B — Reason For Filing This Form** *(required)*

Check only ONE of the following boxes that apply to the person listed in **Section C** below. If the taxpayer in 'Section C' has previously submitted a Form 14039 to the IRS on the same affected tax year(s), there's no need to submit another Form 14039.

[ ]  1.  Someone used my information to file taxes, including being incorrectly claimed as a dependent

[x]  2.  I don't know if someone used my information to file taxes, but I'm a victim of identity theft

**Provide an explanation of the identity theft issue, how it is related to your tax account, how you became aware of it and provide relevant dates. If needed, attach additional information and/or pages to this form.**

FOR YEARS 2017 THERE IS ADDITIONAL INCOME BEING REPORTED ACCORDING TO AN IRS LETTER I RECEIVED(FORM IS ATTACHED) ALSO ATTACHED IS INCOME FROM THE SOCIAL SECURITY OFFICE WHICH IS CORRECT INCOME ATTACHED IS A W2 FROM ONLY EMPLOYMENT W2 THAT I CURRENTLY WORK FOR

**Section C — Name and Contact Information of Identity Theft Victim** *(required)*

| Victim's last name De La Cruz | First name Rick | Middle initial | Taxpayer Identification Number *(provide 9-digit Social Security Number)* 1743 |
|---|---|---|---|

| Current mailing address *(apartment or suite number and street, or P.O. Box) If deceased, provide last known address* 1630 W Grand Ave | Current city Porterville | State CA | ZIP code 93257 |
|---|---|---|---|

| Tax Year(s) you experienced identity theft *(if not known, enter 'Unknown' in one box below)* 2017 | What is the last year you filed a return |
|---|---|

| Address used on last filed tax return *(if different than 'Current')* | City *(on last tax return filed)* | State | ZIP code |
|---|---|---|---|

| Names used on last filed tax return *(if different than 'Current')* | Telephone number with area code *(optional) If deceased, indicate 'Deceased'* Home phone number        Cell phone number | Best time(s) to call |
|---|---|---|

| Language in which you would like to be contacted | [x] English    [ ] Spanish |
|---|---|

**Section D — Penalty of Perjury Statement and Signature** *(required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed 10-19-21 |
|---|---|

Submit this completed form to either the mailing address or the FAX number provided on the reverse side of this form.

# EXHIBIT I

Title: _IRS Ltr 2645C Affidovit_

Pages: ___1___

Received 10/25/21



**IRS** Department of the Treasury
Internal Revenue Service

FRESNO    CA   93888-0025

In reply refer to: 0062000000
Dec. 10, 2021  LTR 2645C  KO
      -1743  000000  00
Input Op:  1009926718 00016876
                   BODC: WI

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE  CA  93257-1316

021673

         Taxpayer identification number: 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

Dear Taxpayer:

Thank you for your inquiry of Oct. 25, 2021.

We're working on your account. However, we need an additional 60
days to send you a complete response on what action we are taking
on your account. We don't need any further information from you right
now.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

You can get any of the forms or publications mentioned in this letter
by calling 800-TAX-FORM (800-829-3676) or visiting our website at
www.irs.gov/formspubs.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (   )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                          Sincerely yours,



                          Ursula S. Dean
                          URSULA DEAN
                          OPERATIONS MANAGER, OPERATIONS 2

# EXHIBIT J

Title: _IRS 2848 POA/ 8821_

Pages: _3_

*copy attached*

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|

(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

## **and Declaration of Representative**

▶ Go to *www.irs.gov/Form2848* for instructions and the latest Information.

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date    /    /

### ■ Part I    Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |  |
|---|---|---|
| RICKY FABELA DE LA CRUZ | ~~xxxxxx~~1743 |  |
| 1630 WEST GRAND AVE | Daytime telephone number | Plan number (if applicable) |
| PORTERVILLE CA 93257 | 559-719-0271 | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | | |
|---|---|---|
| Patricia L Stephens dba LOW COST TAX & LEGAL TYPNG SERVICE | CAF No. | 0304-68514R |
| 1034 WEST MORTON AVE STE G | PTIN | P01072147 |
| PORTERVILLE CA 93257 | Telephone No. | 559-781-1438 |
| | Fax No. | |
| Check if to be sent copies of notices and communications ☒ | Check if new: Address ☐    Telephone No. ☐    Fax No. ☐ | |

| Name and address | | |
|---|---|---|
| | CAF No. | |
| | PTIN | |
| | Telephone No. | |
| | Fax No. | |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐    Telephone No. ☐    Fax No. ☐ | |

| Name and address | | |
|---|---|---|
| | CAF No. | |
| | PTIN | |
| | Telephone No. | |
| | Fax No. | |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐    Telephone No. ☐    Fax No. ☐ | |

| Name and address | | |
|---|---|---|
| | CAF No. | |
| | PTIN | |
| | Telephone No. | |
| | Fax No. | |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐    Telephone No. ☐    Fax No. ☐ | |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| INCOME & EXPENSES ,OIC PAYMENT PLAN *,APPEA)* | 1040,ETC | 2017-2021 |
| | | |
| | | |

**4    Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . . ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☒ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return;

_____

_____

☒ Other acts authorized: ALL FORMS OF COMUNICATION

_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.        Cat. No. 11980J        Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021)                                                                                              Page **2**

**b** Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you do **not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** Taxpayer declaration and signature. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| _(signature)_ | 05/06/2022 | PRIMARY TAX PAYER |
| Signature | Date | Title (if applicable) |

RICKY FABELA DELA CRUZ
_____          _____
Print name                                                    Print name of taxpayer from line 1 if other than individual

**Part II    Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). See Special Rules and Requirements for Unenrolled Return Preparers *in the instructions for additional information.*
  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

  ▷ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter (a–r) | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| H | CA132772 | 84-1687699 | _(signature)_ | 05/05/2022 |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

Form **8821**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ Go to *www.irs.gov/Form8821* for instructions and the latest information.
▶ Don't sign this form unless all applicable lines have been completed.
▶ Don't use Form 8821 to request copies of your tax returns
or to authorize someone to represent you. See instructions.

| OMB No. 1545-1165 |
|---|
| **For IRS Use Only** |
| Received by: |
| Name |
| Telephone |
| Function |
| Date |

**1  Taxpayer information.** Taxpayer must sign and date this form on line 6.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| RICKY FABELA DE LA CRUZ<br>1630 WEST GRAND AVE<br>PORTERVILLE CA 93257 | 1743 |
| | Daytime telephone number | Plan number (if applicable) |
| | 559-719-0271 | |

**2  Designee(s).** If you wish to name more than two designees, attach a list to this form. Check here if a list of additional designees is attached ▶ ☐

| Name and address | |
|---|---|
| LOW COST TAX & LEGAL TYPING SERVICE- Patricia L Stephens<br>1034 WEST MORTON AVE  STE G<br>PORTERVILLE CA 93257 | CAF No.     0304-68514R |
| | PTIN     P01072147 |
| | Telephone No.     559-781-1438 |
| | Fax No. |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address | CAF No. |
| | PTIN |
| | Telephone No. |
| | Fax No. |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

**3  Tax information.** Each designee is authorized to inspect and/or receive confidential tax information for the type of tax, forms, periods, and specific matters you list below. See the line 3 instructions.

☑ By checking here, I authorize access to my IRS records via an Intermediate Service Provider.

| (a)<br>Type of Tax Information (Income, Employment, Payroll, Excise, Estate, Gift, Civil Penalty, Sec. 4980H Payments, etc.) | (b)<br>Tax Form Number (1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters |
|---|---|---|---|
| INCOME & EXPENSES OIC ETC | 1040 ETC | 2017-2021 | SELFEMPLOY INCOME 2017 |
| | | | |
| | | | |

**4  Specific use not recorded on the Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions. If you check this box, skip line 5 . . . . . . ▶ ☐

**5  Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box isn't checked, the IRS will automatically revoke all prior tax information authorizations on file unless you check the line 5 box and attach a copy of the tax information authorization(s) that you want to retain . . . . . . . . . . . . ▶ ☐
To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 5 instructions.

**6  Taxpayer signature.** If signed by a corporate officer, partner, guardian, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify that I have the legal authority to execute this form with respect to the tax matters and tax periods shown on line 3 above.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

▶ **DON'T SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.**

| Signature | Date |
|---|---|
| *[signature]* | 05/06/2022 |
| RICKY FABELA DE LA CRUZ | TAX PAYER |
| Print Name | Title (if applicable) |

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11596P     Form **8821** (Rev. 01-2021)

# EXHIBIT  K

### Title: Letters to IRS

### Pages:  3

Low Cost Tax & Legal Typing Service

1034 West Morton Ave Ste G

Porterville CA 93257

(559) 781-1438/361-5884

July 5, 2022

Department of the Treasury
Internal Revenue Service
Fresno CA 93888-0025

Re: 12/31/2017 Tax Return

████-1743

Rick De La Cruz

Case# CISNNHGK59

IRS, I filed the original return on 12/31/2017.
Made payments $2000 Dollars 05/26/2020
& $2617.87on 11/24/2020 to satisfy my tax liability.
I am asking that my case be re opened and payments made after
11/24/2020 be reimbursed me for a total of $5797.57 Dollars.
Please verify all attachments of evidence &  process upon receipt
Of this letter.

_Patricia L Stephens-Trish, POA_

Rick De La Cruz, Tax Payer

Low Cost Tax & Legal Typing Service
1034 West Morton Ave Ste G
Porterville CA 93257
(559) 781-1438/361-5884

July 11, 2022

Department of the Treasury                                     Page 1of 2
Internal Revenue Service
Austin Tx 73301-0025

Re: 12/31/2017 Tax Liabilities
Rick De La Cruz -XXX-XX-1743
1630 West Grand Ave
Porterville CA 93257

IRS;

I am in receipt of IRS Notice CP16 dated 07/18/2022 in which is
Next Monday. I have filed IRS form 14039 Identity Theft Affidavit.
I spoke with the IRS on 06/21/2022 Mr.Lowery ID# 1004007312
& Collections Ms.Rodriguez ID# 1002062022 and was told my
12/31/2017 Account would be on hold.
I am medically inclined due to serious procedures just obtained.
Therefore, leaving me in a financial hardship due to the monies being
wrongfully charged as I paid my balance in full then was charged an
additional $ 8215.85 in which I have made payments in the amount of
$5,797.54 I have ordered transcripts for the above tax period and there
is additional income in excess of $43,000.00 Dollars un accounted for.

My Identity Theft case was in fact closed 03/25/2022
Via phone conversation with the agent. I am asking my case be
reopened so that I can obtain the information needed to possibly
Prosecute the person/s that stold my identity and resulting in
Financial difficulties. Case# CISNNHGK59
Please, look into this and verify that I do not owe the amount
Being charged.

Sincerely Thank You,

Rick De La Cruz, Tax-Payer

# EXHIBIT L

## Title: 2017 Amended Return w/ Explanations

## Pages: 2

Other year. Enter one: calendar year **2017** or fiscal year (month and year ended):

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RICK | DE LA CRUZ | ▅▅▅ 1 7 4 3 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| N/A | | |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 1630 WEST GRAND AVE | | (559) 719-0271 |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
PORTERVILLE  CA 93257

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Amended return filing status.** You must check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from joint to separate returns after the due date.

☐ Single
☐ Married filing jointly
☐ Married filing separately
☑ Head of household (If the qualifying person is a child but not your dependent, see instructions.)
☐ Qualifying widow(er)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No."
(See instructions.)
☑ Yes    ☐ No

**Use Part III on the back to explain any changes**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here . . . . . . . . . ▷☐ | 1 | 85127 | -43802 | 41320 |
| 2 | Itemized deductions or standard deduction . . . . . . . . . | 2 | 9350 | 0 | 9350 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . | 3 | 75777 | -43802 | 31970 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 . . . . . . . . . | 4 | 8100 | 0 | 8100 |
| 5 | Taxable income. Subtract line 4 from line 3 . . . . . . . . . | 5 | 67667 | -43797 | 23870 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): | 6 | 16917 | -14003 | 2914 |
| 7 | Credits. If general business credit carryback is included, check here . . . . . . . . . ▷☐ | 7 | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- . . . | 8 | | | |
| 9 | Health care: individual responsibility (see instructions) . . . . . | 9 | | | |
| 10 | Other taxes . . . . . . . . . | 10 | | | 71 |
| 11 | Total tax. Add lines 8, 9, and 10 . . . . . . . . . | 11 | 16917 | -14003 | 2985 |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions.) . . . . . . . . | 12 | 0 | | 0 |
| 13 | Estimated tax payments, including amount applied from prior year's return . . . . . | 13 | | | |
| 14 | Earned income credit (EIC) . . . . . . . . . | 14 | | | |
| 15 | Refundable credits from: ☐ Schedule 8812   Form(s) ☐ 2439 ☐ 4136  ☐ 8863  ☐ 8885  ☐ 8962 or ☐ other (specify): | 15 | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed . . . . . . . . . | | | 16 | |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16 . . . . . | | | 17 | 0 |
| **Refund or Amount You Owe** | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . . | | | 18 | |
| 19 | Subtract line 18 from line 17 (if less than zero, see instructions.) . . . . . | | | 19 | |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference . | | | 20 | 3056 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | | | 21 | |
| 22 | Amount of line 21 you want refunded to you . . . . . . . . . | | | 22 | |
| 23 | Amount of line 21 you want applied to your (enter year):    estimated tax . | 23 | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 11360L     Form **1040X** (Rev. 1-2017)

See *Form 1040 or Form 1040A instructions and Form 1040X instructions.*

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 24 | Yourself and spouse. Caution: If someone can claim you as a dependent, you can't claim an exemption for yourself . . . . . . | 24 | | | |
| 25 | Your dependent children who lived with you . . . . . . . . | 25 | 1 | 0 | 1 |
| 26 | Your dependent children who didn't live with you due to divorce or separation | 26 | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . . | 28 | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . | 29 | | | |
| 30 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | | |

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| Margie De La Cruz | ▆▆▆787 | PARENT | ☐ |
| | | | ☐ |
| | | . | ☐ |

**Part II    Presidential Election Campaign Fund**

Checking below won't increase your tax or reduce your refund.

☐ Check here if you didn't previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III    Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

▷ Attach any supporting documents and new or changed forms and schedules.

12/31/2017 TAX RETURN ORIGINALLY FILED BY TAX PAYER 03/23/2020 $2985 TAX DUE
05/26/2020  PAYMENT    $2000.00
11/24/2020 PAYMENT    $2617.87
ACCOUNT PAID IN FULL WITH PENALTIES AND INTEREST

03/22/2021 CP501 IRS LETTER RECEIVED AMOUNT DUE $8,215.98
DUE TO ADDITIONAL INCOME AS PER IRS
REPORTED TO IRS ADDITIONAL INCOME INCORRECT NOT TAX PAYERS INCOME
POSSIBLE IDENTITY THEFT
IRS LETTER RECD 12/10/2021 WORKING ON ACCOUNT 60 DAYS 02/10/2022
IRS LETTER 05/02/2022 PLACED IDENTITY THEFT INDICATOR ON ACCOUNT
SPOKE WITH IRS 06/21/2022 MR LOWERY AGENT ID # 1004007312 CASE CLOSED
SPOKE WITH COLLECTIONS MS. RODRIGUEZ AGENT ID# 1002062022 ACCOUNT ON HOLD

THE ADDITIONAL INCOME IS NOT ON MY TRANSCRIPTS AS TO THE 06/21/2022

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| Sign Here | | |
|---|---|---|
| *[signature]* | 06-29-22 | |
| Your signature | Date | Spouse's signature. If a joint return, both must sign.    Date |

| Paid Preparer Use Only | | |
|---|---|---|
| *[signature]* | 06/29/22 | COST TAX & LEGAL TYPING SERVICE |
| Preparer's signature | Date | Firm's name (or yours if self-employed) |
| PATRICIA LYNN STEPHENS | | 1034 WEST MORTON AVE STE G  PORTERVILLE CA 93257 |
| Print/type preparer's name | | Firm's address and ZIP code |
| PTIN    P01072147 | ☑ Check if self-employed | 559-781-1438    84-1687699 |
| | | Phone number    EIN |

For forms and publications, visit IRS.gov.                                    Form **1040X** (Rev. 1-2017)

# EXHIBIT M

## Title: _Pmt Detailed_

## Pages: _2_

# Payment Detail
## for September 13, 2021 to September 12, 2022



355397

| Payment Date | Applied Amount | Applied to Tax Form | Tax Period |
|---|---|---|---|
| 10/04/2021 | $ 450.00- | 1040 | 12/31/2017 |
| 11/03/2021 | $ 450.00- | 1040 | 12/31/2017 |
| 12/03/2021 | $ 450.00- | 1040 | 12/31/2017 |
| 01/03/2022 | $ 450.00- | 1040 | 12/31/2017 |
| 02/03/2022 | $ 450.00- | 1040 | 12/31/2017 |
| 03/03/2022 | $ 450.00- | 1040 | 12/31/2017 |
| 04/04/2022 | $ 450.00- | 1040 | 12/31/2017 |
| 05/03/2022 | $ 450.00- | 1040 | 12/31/2017 |
| 06/06/2022 | $ 450.00- | 1040 | 12/31/2017 |
| **Total Payments** | **$ 4,050.00-** | | |

*[Handwritten annotations:]*

2017 Pmts Total. $5256.94 plus Int.

2020 Refund Applied $1,703 ⁰⁰

2021   "   "   593 ⁰⁰

Total Pd 2017 = $7552.94

---

°   **Payments received after August 25, 2022 may not appear on this statement but will be shown on your next annual statement.**

°   **If you think we missed giving you credit for a payment, please call 833-678-7020 and we will be glad to resolve any discrepancies.**

RICK DE LA CRUZ                                                    1743          89

# Payment Detail
## for September 7, 2020 to September 13, 2021

| Payment Date | | Applied Amount | Applied to Tax Form | Tax Period |
|---|---|---|---|---|
| 05/03/2021 | $ | 450.00- | 1040 | 12/31/2018 |
| 05/03/2021 | $ | 450.00- | 1040 | 12/31/2018 |
| 06/03/2021 | $ | 306.94- | 1040 | 12/31/2017 |
| 06/03/2021 | $ | 143.06- | 1040 | 12/31/2018 |
| 07/06/2021 | $ | 450.00- | 1040 | 12/31/2017 |
| 08/03/2021 | $ | 450.00- | 1040 | 12/31/2017 |
| 266978 | **Total Payments** | $   2,250.00- | | |

- Payments received after August 26, 2021 may not appear on this statement but will be shown on your next annual statement.

- If you think we missed giving you credit for a payment, please call   800-829-8374 and we will be glad to resolve any discrepancies.

# EXHIBIT N

Title: _IRS Tax Refunds_
_2020/2021_

Pages: ___2___





Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

**IRS**

| Notice | CP49 |
|---|---|
| Tax Year | 2020 |
| Notice date | November 7, 2022 |
| Social Security number | ███████743 |
| To contact us | 800-829-8374 |
| Your Caller ID | 586113 |
| Page 1 of 2 | 29H |

079625.272032.23675.20306 1 AV 0.455 475



79625

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE CA 93257-1316

## We applied your 2020 Form 1040 overpayment to an unpaid balance

# Amount due: $431.83

We applied $1,703.00 of your 2020 Form 1040 overpayment to an amount owed for 2017.

As a result, the amount you owe for December 31, 2017 is $431.83.

If you already have an installment or payment agreement in place for this tax year, then continue with that agreement.

### Billing Summary

| | |
|---|---:|
| Overpayment for 2020 | -$1,703.00 |
| Amount applied to tax owed for 2017 | 1,703.00 |
| Remaining balance for 2017 | 431.83 |
| **Amount due** | **$431.83** |

---

**What you need to do**

**Pay your monthly bill**

- Since you currently make regular payments through an installment agreement, you don't need to pay the remaining balance all at once—just continue to pay according to the terms of your installment agreement.

Continued on back...

---



**IRS**

**Payment**

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE CA 93257-1316

| Notice | CP49 |
|---|---|
| Notice date | November 7, 2022 |
| Social Security number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2017), and the form number (1040) on your payment and any correspondence.

**Amount due**     $431.83

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

566311743 DX DELA 30 0 201712 670 0000043183




Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0025

| | |
|---|---|
| Notice name | CP16    Tax year 2021 |
| Notice date | July 18, 2022 |
| Your caller ID | 586113 |
| Your TIN | XXX-XX-1743 |
| Last date to respond | September 16, 2022 |

For more information visit irs.gov/CP16 to
learn more about this notice and avoid waiting
on the phone.



149403.243498.440424.17554 1 AB 0.461 475

RICK DE LA CRUZ
1630 W GRAND AVE
PORTERVILLE CA 93257-1316

29H
683D

149403

Page 1 of 2

We found an error on your 2021 Form 1040, which affects the following area of your return: **Recovery Rebate Credit**

We changed your return to correct this error. As a result, your overpayment is $4,793.00. We applied $593.00 from your 2021 (Form 1040)
overpayment to the amount you owe for 2017 (Form 1040).

## Refund: $4,200.00

### Billing summary

| | |
|---|---:|
| Payments you made | |
| Tax you owed | -$6,225.00 |
| Amount applied to 2017 | $1,432.00 |
| Refund | $593.00 |
| | $4,200.00 |

### Why we changed your information

- We changed the amount claimed as Recovery Rebate Credit on your tax return. The error was in one or more of the following:
  - The Social Security number of one or more individuals claimed as a qualifying dependent was missing or incomplete.
  - The last name of one or more individuals claimed as a qualifying dependent does not match our records.
  - One or more individuals claimed as a qualifying dependent exceeds the age limit.
  - Your adjusted gross income exceeds $75,000 ($150,000 if married filing jointly, $112,500 if head of household).
  - The amount was computed incorrectly.

Review the changes made to your account under "Tax calculations, payments and credits" section. If you disagree, contact us by
**September 16, 2022 to resolve the errors.** You can contact us at 800-829-8374. Be sure to have your account information available
when you call. See the "How to resolve this issue" section for more information.

### How to resolve this issue

Review this notice and compare our changes to the information on your tax return.

If you do not contact us by September 16, 2022, we'll proceed as if you agree with the information in this notice.

If you agree with the changes we made:

- You should receive a refund for $4,200.00 in 4-6 weeks as long as you don't owe other tax or debts we're required to
  collect.
- **Adjust your 2022 estimated tax payments** to avoid any possible underpayment.

If you don't agree with the changes we made:

- Call us at 800-829-8374 to review your account with a representative. Be sure to have your account information available when you call. You
  can also contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number,
  tax year, and form number you are writing about.

Continued on back...

1 RICK FABELA DE LA CRUZ

2 1630 WEST GRAND AVE

3 PORTERVILLE CA 93257

4 (559) 719-0271

5 IN PRO PER

6                          IN THE SUPERIOR COURT OF CALIFORNIA,

7                          IN AND FOR THE COUNTY OF TULARE

8  RICK FABELA DE LA CRUZ           ) Case #_____

9                                   ) Declaration of Petitioner

10          vs.                     )

11                                  )

12 INTERNAL REVENUE SERVICE,        ) Hearing Date:_____

13 FRESNO OFFICE                    )  Dept: _____

14 _____ )  Time: _____

15 Petitioner Rick Fabela De La Cruz declares as follows:

16 Your Honor this is a case of identity theft in which has been established and confirmed

17 by the Internal Revenue Service Office and cleared. I have made several attempts

18 and complied with the Revenue Office and even paid the amount charged for the Tax year 2017.

19 12/31/2017 filed 03/23/2020 original payments made in full 05/26/2020 $2000

20 11/24/2020 $2617.87 account paid in full. On 03/21/2021 I received IRS letter CP501

21 indicating additional balance due that there was additional income that year in the

22 amount of $43,000 Dollars. I then personally submitted all proof of income and filed IRS

23 identity theft form/s with the IRS. The case was opened for investigation but not resolved until

24 last year with indication closed (2022). I paid over $ 8215.98 Dollars while my tax account

25 was being reviewed . I also sought out what I believed to be a Professional Tax Specialist

26 paid thousands of dollars to them and had to take them to court for not rendering services.

27 I then was referred to a local Tax Office and hired them to deal with this.

---

RICK FABELA DE LA CRUZ vs INTERNAL REVENUE SERVICE,FRESNO OFFICE -DECLARATION OF PETITIONER

1 CONTINUED DECLARATION PAGE 2

2 The office typed up all the necessary documents and prepared an amended tax return

3 for the year in mention. I have incurred additional costs , time, and distress all while undergoing    s

4 serious major medical condition/s and procedures.

5 Your honor, I have not been refunded the additional monies paid to the IRS nor my expenses

6 incurred to resolve the matter after filing Appeals to the Fresno Office and Washington DC IRS.

7 I am to believe this is in fact Unfair Business Practice and Professional Negligence.

8 Therefore my only option was and is to file A Civil Lawsuit and request reimbursement

9 and compensation for all endured as I have suffered dearly and caused extreme hardship

10 borrowing monies to get this taken care of.

11 Your Honor, please take all into consideration when making your decision of my case.

12

13

14

15

16

17

18

19

20

21

22

23

24  Truthfully & Respectfully Submitted,

25

26 RICK FABELA DE LA CRUZ-PETITIONER                    January 22,2024

27

RICK FABELA DE LA CRUZ vs INTERNAL REVENUE OFFICE-DECLARATION OF PETITIONER

1 CONTINUED  PAGE 3 ORDER ON MOTION

2 RICK FABELA DE LA CRUZ

3 1630 WEST GRAND AVE

4 PORTERVILLE CA 93257

5 (559) 719-0271

6  IN PRO PER

7                              IN THE SUPERIOR COURT OF CALIFORNIA,

8                              IN AND FOR THE COUNTY OF TULARE

9    RICK FABELA DE LA CRUZ              ) Case#_____

10          vs.                          ) ORDER ON MOTION

11  INTERNAL REVENUE SERVICE,            )

12       FRESNO OFFICE                   )

13_____)

14 Good cause appearing:

15        IT IS ORDERED the Ex Parte Motion for stay of Execution is hereby

16 _____GRANTED _____DENIED upon payment in the amount of _____

17 by _____to_____no later than _____a.m/p.m.

18 On _____, Upon so doing there shall be no further action taken by Plaintiff

19 or by anyone acting for or with Plaintiff, including the Sheriff of Tulare County to enforce

20 or ececute the judgment heirin entered against defendant in the above -entitled action

21 until _____>

22 Dated: _____, 2024

23

24                         _____

25                         JUDGE OF THE SUPERIOR COURT

26

27

_____

RICK FABELA DE LA CRUZ  vs INTERNAL REVENUE SERVICE,FRSNO OFFICE- ORDER ON MOTION