HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
western.taxcivil@usdoj.gov

*Attorney for the United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK FABELA DE LA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, FRESNO OFFICE,<br><br>　　　　Defendant. | No. 1:25-CV-00234-EPG<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 27, 2025, I sent copies of the Court's Initial Order Re: Cases Assigned Under App. A. Sub (M), Order Setting Mandatory Scheduling Conference and the "Consent to Assignment or Request for Reassignment" information, ECF No. 2, 2-1, 2-2, and 2-3, by U.S. mail to the Plaintiff at the following address:

　　Rick Fabela De La Cruz
　　1630 West Grand Ave
　　Porterville, CA 93257

Respectfully submitted, February 27, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Halsey Diakow*
　　　　　　　　　　　　　　　　　　　　HALSEY DIAKOW
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

1