1  HALSEY DIAKOW (DC Bar No. 90027466)
   Trial Attorney, Tax Division
2  U.S. Department of Justice
   P.O. Box 683
3  Washington, D.C. 20044
   Telephone: (202) 307-2251
4  Fax: (202) 307-0054
   Halsey.Diakow@usdoj.gov
5  Western.taxcivil@usdoj.gov

6  *Counsel for the United States of America*

7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 RICK FABELA DE LA CRUZ,                      Case No. 1:25-CV-00234-KES-EPG

11        Plaintiff,
                                                **STIPULATION AND JOINT**
12        v.                                    **MOTION FOR VOLUNTARY**
                                                **DISMISSAL**
13 INTERNAL REVENUE SERVICE, FRESNO
   OFFICE,
14
          Defendant.
15

16     Plaintiff Rick Fabela De La Cruz and Defendant United States of America, on behalf of

17 named Defendant Internal Revenue Service,[1] have reached an agreement to resolve this case

18 without further litigation. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Rick

19 Fabela De La Cruz and Defendant United States of America hereby stipulate to the voluntary

20 dismissal of this action with prejudice.

21

22

23 ―――――――――――――――
   [1] The real party in interest is the United States. The Internal Revenue Service is not a separately
24 suable entity. *See generally Balser v. DOJ*, 327 F.3d 903, 907 (9th Cir. 2003).

There being nothing further for this Court to do, the parties request the Court approve the parties' stipulation and enter an order dismissing this action with prejudice, with each party to bear its own costs and expenses of litigation.

Respectfully submitted.

Date: August 25, 2025

/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States of America*

Date: 8/27/25

RICK FABELA DE LA CRUZ
1630 West Grand Ave
Porterville CA 93257
*Plaintiff, appearing pro se*

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2025, I caused to be mailed a copy of the foregoing via First Class Mail to the following party at the following address:

Rick Fabela De La Cruz
1630 West Grand Ave
Porterville CA 93257

DATED: August 28, 2025

/s/ *Halsey Diakow*
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice

Stipulation and Joint Motion for Voluntary Dismissal
Case No. 1:25-CV-00234-KES-EPG     3