1  HALSEY DIAKOW (DC Bar No. 90027466)
   Trial Attorney, Tax Division
2  U.S. Department of Justice
   P.O. Box 683
3  Washington, D.C. 20044
   Telephone: (202) 307-2251
4  Fax: (202) 307-0054
   Halsey.Diakow@usdoj.gov
5  Western.taxcivil@usdoj.gov

6  *Counsel for the United States of America*

7

                    UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   RICK FABELA DE LA CRUZ,              Case No.  1:25-CV-00234-KES-EPG
10
                   Plaintiff,           **[PROPOSED] ORDER**
11
           v.
12
   INTERNAL REVENUE SERVICE,
   FRESNO OFFICE,
13
                   Defendant.
14

15      Before the Court is the Stipulation and Joint Motion for Voluntary Dismissal pursuant to

16  Federal Rule of Civil Procedure 41(a)(2). Upon consideration of the stipulation and joint motion,

17  and for good cause shown, the Motion is GRANTED. Accordingly, it is hereby ORDERED that:

18      (1)  This case is dismissed with prejudice; and

19      (2)  The parties will bear their own costs and expenses of litigation.

20

21      IT IS SO ORDERED.

22      Dated:                          _____
                                        UNITED STATES MAGISTRATE JUDGE
23

24

   [Proposed] Order                1
   Case No. 1:25-CV-00234-KES-EPG