UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FABELA DE LA CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, FRESNO OFFICE <br><br> Defendant. | Case No. 1:25-cv-00234-KES-EPG <br><br> ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 11) |

On August 28, 2025, Rick Fabela De La Cruz ("Plaintiff") and United States of America, on behalf of Internal Revenue Service[1] ("Defendant") filed a joint stipulation dismissing the action with prejudice. (ECF No. 11). Further, the joint stipulation provided that each party bear their own costs and expenses. (*Id.*).

Upon consideration of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[2] The action is dismissed with prejudice and without an award of costs or attorneys' fees.

\\\

\\\

\\\

---

[1] The real party in interest is the United States. The Internal Revenue Service is not a separately suable entity. *See generally Balser v. DOJ*, 327 F.3d 903, 907 (9th Cir. 2003).

[2] The parties' filing (ECF No. 11) refers to Fed R. Civ. P. 41(a)(2). However, Fed R. Civ. P. 41(a)(1)(A)(ii) is the provision that applies here because it addresses dismissal of an action based on "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **August 29, 2025**             /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2